## Georgia L. White, Appellant, v. William J. White, Appellee.

Gen. No. 41,326.

Heard in second division, first district, this court at June term, 1940; opinion filed December 30, 1941. Robert E. Cantwell, Jr., for appellant; Edward S. Cody, for appellee; Edward S. Cody and Albert E. Hallett, Jr., of counsel. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''